USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/5/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases**<br><br>*This filing relates to*:<br><br>All Coordinated Cases | 24-cv-05454 (ER) (BCM)<br>24-cv-05455 (JAV) (BCM)<br>24-cv-05456 (AKH) (BCM)<br>24-cv-05457 (JGK) (BCM)<br>24-cv-05458 (VM) (BCM)<br>24-cv-05459 (JAV) (BCM)<br>24-cv-05460 (LJL) (BCM)<br>24-cv-05462 (GHW) (BCM)<br>24-cv-05463 (JLR) (BCM)<br>24-cv-05464 (JGK) (BCM)<br>24-cv-05465 (GHW) (BCM)<br>24-cv-05466 (JHR) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

### Captioning and Filing Convention

The Court has reviewed the parties' Coordinated Pre-Conference Statement dated February 3, 2025. (Dkt. 39 in Case No. 24-cv-05454.) The Court hereby adopts the following captioning and filing convention for the twelve cases, listed above, that are now coordinated for discovery, scheduling, and other non-dispositive pretrial proceedings:

The parties shall use the caption set forth above in connection with all discovery, scheduling, and other non-dispositive pretrial proceedings. If the filing relates to all of the coordinated cases, the caption shall so state, as shown above, and shall list all coordinated docket numbers. If the filing relates to one or more, but less than all, of the coordinated cases, the caption shall likewise so state.

For example:

| | |
|---|---|
| **In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases**<br><br>*This filing relates to*:<br><br>Coordinated Cases 24-cv-05454, 24-cv-05455, and 24-cv-05456 | 24-cv-05454 (ER) (BCM)<br>24-cv-05455 (JAV) (BCM)<br>24-cv-05456 (AKH) (BCM)<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL** |

The parties are cautioned that, because these actions are coordinated for pretrial proceedings only (not consolidated), there is no single consolidated docket. Consequently, it is the responsibility of the parties to electronically file their motions, letters, and other submissions, via ECF, in each relevant docket.

## The February 10 Conference

The conference scheduled for **February 10, 2025, at 10:00 a.m.**, will be held *in person* in Courtroom 20A, 500 Pearl Street, New York, NY 10007.

## Case Chart

The Court requests that, prior to the conference (preferably by close of business on **February 7, 2025**) the parties submit a summary chart listing, for each coordinated case, all current discovery deadlines, all pending motions, and any case-specific motions presently contemplated. In addition to filing the chart on ECF, the parties are requested to email it, in Word or Excel format, to Deputy Clerk Tamika Kay at Moses_NYSDChambers@nysd.uscourts.gov.

Dated: New York, New York
      February 5, 2025             **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2