IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases**<br><br>*This filing relates to :*<br><br>Coordinated Cases 24-cv-05455 | 24-cv-05454 (ER) (BCM)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND THE PLEADINGS** |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law Support of Plaintiffs' Motion for Leave to Amend the Complaint, Plaintiffs in the above-captioned case, by their undersigned attorneys, will move this Court, before Honorable Judge Barbara Moses, United States District Court for the Southern District of New York, 500 Pearl Streat, Courtroom 20A, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 15(a)(2) for an Order granting Plaintiffs leave to amend the Complaint, and permitting Plaintiffs to file their proposed First Amended Complaint on March 3, 2025, with the opposition to this motion due by March 17, 2025 and any reply due by March 24, 2025 pursuant to Local Rule 6.1(b).

DATED: March 3, 2025

By   */s/* Douglas Johnson
     Douglas Johnson

**JOHNSON & JOHNSON LLP**
Douglas L. Johnson (Admitted Pro Hac Vice)
Frank R. Trechsel (Admitted Pro Hac Vice)
439 N. Canon Dr. Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: djohnson@jjllplaw.com
       ftrechsel@jjllplaw.com