USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases** | 24-cv-05454 (ER) (BCM)<br>24-cv-05455 (JAV) (BCM)<br>24-cv-05456 (AKH)(BCM)<br>24-cv-05457 (JGK) (BCM)<br>24-cv-05458 (VM) (BCM)<br>24-cv-05459 (JAV) (BCM)<br>24-cv-05460 (LJL) (BCM)<br>24-cv-05462 (GHW)(BCM)<br>24-cv-05463 (JLR) (BCM)<br>24-cv-05464 (JGK) (BCM)<br>24-cv-05465 (GHW)(BCM)<br>24-cv-05466 (JHR) (BCM) |
| *This filing relates to*:<br>All Coordinated Cases | |
| | **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

    Non-party TuneSat, LLC is authorized to file under seal, at the "applicable party" level, the Woods Deposition Excerpts with proposed redactions highlighted.

Dated: New York, New York
       March 11, 2025

**SO ORDERED**.

*[signature]*

**BARBARA MOSES**
**United States Magistrate Judge**