UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases*<br><br>*This filing relates to:*<br><br>All Coordinated Cases | 24-cv-05454 (ER) (BCM)<br>24-cv-05455 (JAV) (BCM)<br>24-cv-05456 (AKH)(BCM)<br>24-cv-05457 (JGK) (BCM)<br>24-cv-05458 (VM) (BCM)<br>24-cv-05459 (JAV) (BCM)<br>24-cv-05460 (LJL) (BCM)<br>24-cv-05462 (GHW)(BCM)<br>24-cv-05463 (JLR) (BCM)<br>24-cv-05464 (JGK) (BCM)<br>24-cv-05465 (GHW)(BCM)<br>24-cv-05466 (JHR) (BCM) |

**NOTICE OF DEFENDANTS' MOTION
TO COMPEL THE PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), Local Civil Rule 7.1, and leave granted by this Court during the February 10, 2025 Initial Case Management Conference in this matter, Defendants in the above-referenced cases (the "Coordinated Defendants") hereby provide notice that they intend to move to compel the production of documents sought in subpoenas served on non-party TuneSat LLC in each of the above case numbers (the "Coordinated Cases"). Coordinated Defendants request that the Court (1) grant their Motion to Compel the Production of Documents from TuneSat LLC in its entirety, and (2) compel TuneSat LLC to produce all of the documents called for by the January 20, 2025 subpoenas served in each of the Coordinated Cases.

Dated: New York, New York
       March 13, 2025

                                                    Respectfully submitted,

                                                    */s/ David Slovick*
                                                    David S. Slovick

1

Barnes & Thornburg LLP
390 Madison Ave., 12th Floor
New York, NY 10017
dslovick@btlaw.com
(646) 746-2019

*Attorney for Coordinated Defendants*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 13th day of March, 2025, Coordinated Defendants' Motion to Compel the Production of Documents and Coordinated Defendants' Memorandum of Law in Support of the Motion to Compel were served by U.S. Mail and e-mail on the following parties and non-party:

Robert Cohen
Taylor & Cohen LLP
305 Broadway, 7th Floor
New York, NY 10007
rcohen@taylorcohenllp.com
Counsel for Non-Party TuneSat LLC

Douglas Johnson
Frank Trechsel
Johnson & Johnson LLP
439 N. Canon Drive, Suite 200
Beverly Hills, CA 90210
djohnson@jjllplaw.com
FTrechsel@jjllplaw.com
Counsel for Plaintiffs

David Slovick