```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases**

*This filing relates to*:

All Coordinated Cases

24-cv-05454 (ER) (BCM)
24-cv-05455 (JAV) (BCM)
24-cv-05456 (AKH)(BCM)
24-cv-05457 (JGK) (BCM)
24-cv-05458 (VM) (BCM)
24-cv-05459 (JAV) (BCM)
24-cv-05460 (LJL) (BCM)
24-cv-05462 (GHW)(BCM)
24-cv-05463 (JLR) (BCM)
24-cv-05464 (JGK) (BCM)
24-cv-05465 (GHW)(BCM)
24-cv-05466 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of defendants' letter-motion to seal, dated March 25, 2025, and filed in all twelve coordinated cases. If they have not done so already, defendants are directed to promptly notify TuneSat that it must, within three court days: (i) file a letter explaining the need to seal or redact the materials at issue (*see* Moses Ind. Prac. § 3(f)); and (ii) if redaction is requested, file under seal a copy of the unredacted document with proposed redactions highlighted (*see id.* § 3(d)). Defendants must also file proof of service of the notice on the docket.

Dated: New York, New York
       March 26, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**