# TAYLOR & COHEN LLP

305 Broadway, 7th Floor New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

Rob Cohen
(212) 257-1901
rcohen@taylorcohenllp.com

April 29, 2025

**Filed via ECF**

Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

    Re:   *In Re Kobalt Music Publishing America, Inc. Coordinated Cases*:
*24-cv-05454 (ER) (BCM); 24-cv-05455 (JAV) (BCM);*
*24-cv-05456 (AKH) (BCM); 24-cv-05457 (JGK) (BCM);*
*24-cv-05458 (VM) (BCM); 24-cv-05459 (JAV) (BCM);*
*24-cv-05460 (LJL) (BCM); 24-cv-05462 (GHW) (BCM);*
*24-cv-05463 (JLR) (BCM); 24-cv-05464 (JGK) (BCM);*
*24-cv-05465 (GHW) (BCM); 24-cv-05466 (JHR) (BCM)*

       *Non-party QI Venture Partners' Unopposed Letter Motion Requesting an Extension of Time to File an Opposition to Defendants' Motion to Compel QI*

Judge Moses:

    We represent non-party QI Venture Partners ("QI"). On April 16, Defendants in the Coordinated Cases filed motions to compel QI to produce documents. QI's opposition papers are due tomorrow (April 30). Earlier this evening, Plaintiffs filed a Notice of Settlement in each of the Coordinated Cases. *See, e.g.*, *Kobalt Music Publishing America, Inc. et al. v. Miami Heat Limited Partnership et al.*, No. 24-cv-05457, Dkt. No. 76.

    The settlement, when finalized, will moot Defendants' motion and obviate the need for a responsive filing. In light of this development, QI requests an extension of time to file its opposition papers from April 30 until May 30. QI believes this extension should provide sufficient time for the parties to execute the settlement. QI has not previously requested an extension of any deadline.

Hon. Barbara Moses
April 29, 2025

    I have conferred with Mr. Slovick, counsel for the Defendants in the Coordinated Cases. The Defendants do not object to QI's requested extension.


Respectfully submitted,

*/s/ Robert Cohen*

Robert Cohen